UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-5435-E | Date | September 29, 2026 |
| Title | G.B. v. TODD BLANCHE, ETC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None

**Attorneys Present for Defendants:** None

**Proceedings:** **(IN CHAMBERS)**

The Court is in receipt of "Federal Respondents' Status Report" ("the Report"), filed September 28, 2026. Petitioner shall file a response to the Report within seven (7) days of the date of this Order. Failure to file a timely report may result in the denial and dismissal of the Petition.

cc: Petitioner
All Counsel of Record

Initials of Deputy Clerk bm