JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

G.B.,

Petitioner,

v.

TODD BLANCHE, ETC., ET AL.,

Respondents.

No. ED CV 26-5435-E

JUDGMENT

IT IS ADJUDGED that: (1) Petitioner' September 15, 2026 re-detention violated Petitioner's due process rights; (2) Respondents are enjoined from further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk; and (3) Respondents are enjoined from attempting to remove Petitioner to a third country without first providing Petitioner with a hearing before an immigration judge (for purposes of seeking withholding of deportation or otherwise).

Dated: October 7, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE